No. 73–642. EMPIRE CONSTRUCTION, INC. v. CITY OF TULSA, OKLAHOMA. Sup. Ct. Okla. Certiorari denied. 

No. 73–643. BOURNS, INC., ET AL. v. ALLEN-BRADLEY CO. ET AL.; and

No. 73–644. ALLEN-BRADLEY CO. ET AL. v. BOURNS, INC., ET AL. C. A. 7th Cir. Certiorari denied. Reported below: 480 F. 2d 123.

No. 73–5047. FALCONER v. PATE, WARDEN. C. A. 7th Cir. Certiorari denied. 

No. 73–5051. GUSTAV, AKA FERRICK v. WASHINGTON. Sup. Ct. Wash. Certiorari denied. 

No. 73–5204. REGALADO v. CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 73–5217. DAVIS v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied. 

No. 73–5221. RICE v. COINER, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 73–5250. ROTH v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 73–5257. HARRISON v. SLAYTON, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.

No. 73–5258. KISH v. WAINWRIGHT, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied. 

No. 73–5338. CARTER ET AL. v. BUTZ, SECRETARY OF AGRICULTURE, ET AL. C. A. 3d Cir. Certiorari denied.